THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM L. WOODILL, Appellant, *v.* JAMES G. TIGHE et al., Composing the Board of City Magistrates for the Second Division of the City of New York, Respondents.

*People ex rel. Woodill* v. *Tighe*, 145 App. Div. 606, affirmed.
(Submitted November 18, 1912; decided December 3, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 29, 1911, which affirmed an interlocutory judgment of Special Term sustaining a demurrer to a petition for an alternative writ of mandamus on the ground that it did not state facts sufficient to entitle relator to the relief sought.

*Charles Pope Caldwell* for appellant.

*Archibald R. Watson, Corporation Counsel* (*James D. Bell* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.